LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MATTHEW D. DAVIS (State Bar #141986)
ANDREW P. MCDEVITT (State Bar #271371)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, RYAN JONES, and DOES ONE through FIFTY,<br><br>　　　　　　　Defendants. | Case No. CV 12-02443 SBA<br>(*Assigned to Hon. Saundra B. Armstrong*)<br><br>**PLAINTIFF AND DEFENDANT'S JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Complaint Filed: March 16, 2012 |

　　　　This Stipulation is made by and between Plaintiff Jose Garcia and Defendants City and County of San Francisco and Ryan Jones, in reference to the following:

　　　　NOW, THEREFORE, the parties hereto stipulate and agree to and respectfully request the below modifications and/or amendments to this Court's Order Setting Initial Case Management Conference and ADR Deadlines:

　　　　The parties contend there is good cause for this request for the following reasons:

　　　　1.　　Parties would like to explore the possibility of resolving this action without further litigation. The parties would like to use the next 45 days discussing resolution rather than discovery.

　　　　2.　　The request for continuance is made in good faith and not for delay.

3. The parties agree to and submit the following proposed modifications to the scheduling order:

    a. All deadlines will be postponed by at least forty-five (45) days;

    b. That the deadline to file Rule 26(f) Report and file a Joint Case Management Statement per Standing Order re Contents of Joint Case Management Statement be moved from August 27, 2012 to October 17, 2012;

    c. That the Initial Case Management Conference be moved from September 5, 2012 to October 24, 2012 at 2:30 p.m.;

Dated:  August 27, 2012    RESPECTFULLY SUBMITTED,

WALKUP, MELODIA, KELLY & SCHOENBERGER

    /s/ Andrew P. McDevitt
ANDREW P. MCDEVITT
Attorney for Plaintiff

Dated:  August 27, 2012    OFFICE OF THE CITY ATTORNEY

    /s/ Sean Connolly
SEAN CONNOLLY
Attorney for Defendants

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated:  August 27, 2012    */s/ Andrew P. McDevitt*
    ANDREW P. MCDEVITT

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

PLAINTIFF AND DEFENDANT'S JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES - CASE NO. CV 12-02443 SBA

PURSUANT TO STIPULATION, IT IS SO ORDERED. The telephonic Case Management Conference currently scheduled for September 5, 2012 is CONTINUED to **October 24, 2012 at 2:45 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT. This Order terminates Docket 13.

IT IS SO ORDERED.

Dated: August 28, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3

PLAINTIFF AND DEFENDANT'S JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES - CASE NO. CV 12-02443 SBA