DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND RYAN JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; RYAN JONES; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. 12-cv-02443 SBA<br><br>**STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE; DECLARATION OF BRADLEY A. RUSSI; ORDER** |

Pursuant to Local Rule 6-1(a), Plaintiff Jose Garcia and Defendants City and County of San Francisco and Ryan Jones, by and through their attorneys of record, hereby stipulate and agree that the time to complete a settlement conference in this matter shall be extended ninety days until and through April 22, 2013.

IT IS SO STIPULATED.

Dated:  January 15, 2013

> DENNIS J. HERRERA
> City Attorney
> CHERYL ADAMS
> Chief Trial Deputy
> SEAN CONNOLLY
> BRADLEY A. RUSSI
> Deputy City Attorneys
>
> By: /s/ Bradley A. Russi
> BRADLEY A. RUSSI
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated:  January 15, 2013

> WALKUP, MELODIA, KELLY & SCHOENBERGER
>
> By: /s/ Andrew P. McDevitt*
> ANDREW P. MCDEVITT
>
> Attorneys for Plaintiff
> JOSE GARCIA

*Pursuant to General Order 45, the electronic signatory of this document attests that this individual concurs in his electronic signature of this document.

/ / /

/ / /

/ / /

# DECLARATION OF BRADLEY A. RUSSI

I, BRADLEY A. RUSSI, declare as follows:

1. I am a Deputy City Attorney in the San Francisco City Attorney's Office. I have personal knowledge of the contents of this declaration, and I could and would competently testify to the truth of the matters stated.

2. On October 24, 2012, the Court referred this case to a settlement conference with Magistrate Judge Ryu, to be held within 90 days. Judge Ryu set the settlement conference for January 25, 2013.

3. Deputy City Attorney Sean Connolly is lead counsel in this matter for Defendants and is the attorney primarily responsible for handling this litigation. Mr. Connolly has been on leave for a medical emergency for the past several weeks. While Mr. Connolly initially anticipated being back at work this week, he will not. Mr. Connolly is in the process of determining when he will be able to return to work. As a result of this medical leave, Mr. Connolly will be unable to participate in the settlement conference on January 25, 2013.

4. The parties have stipulated to extend the time in which to complete a settlement conference by ninety days to accommodate Mr. Connolly's medical leave and to allow sufficient time for Defendants to provide Plaintiff with outstanding discovery upon Mr. Connolly's return to work.

5. There has been one previous stipulated time modification in this case. The parties stipulated to modify the date of the initial case management conference.

6. This requested time modification will not affect any other deadline in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I signed this declaration on January 15, 2013, at San Francisco, California.

*Bradley A. Russi*
BRADLEY A. RUSSI

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

The deadline for the parties to complete a settlement conference in this case is hereby extended until and including April 22, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/16/13

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE