1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863
6  Facsimile:    (415) 554-3837
   E-Mail:        sean.connolly@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO
   AND RYAN JONES
9

10

                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13  JOSE GARCIA,                          Case No. 12-cv-02443 SBA

14              Plaintiff,                 ORDER RE: STIPULATION TO
                                           CONTINUE FURTHER CASE
15       vs.                               MANAGEMENT CONFERENCE
                                           UNTIL MAY 8, 2013
16  CITY AND COUNTY OF SAN
    FRANCISCO; RYAN JONES; and DOES 1
17  to 50, inclusive,

18              Defendants.

19                                 ORDER

20       Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

21       The further case management conference in this matter is continued to May 8, 2013 at 2:30

22  p.m., by telephonic conference.

23       PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated: 2/15/13                    _____
                                       SAUNDRA BROWN ARMSTRONG
26                                     UNITED STATES DISTRICT COURT JUDGE

27

28                                      1
    [PROPOSED] ORDER RE STIP. TO CONT FCMC, 12-cv-02443 SBA        c:\users\clarkl\appdata\local\temp\note
                                                                   s06e812\corrected stip and proposed
                                                                   order 2-15-13.doc