1  EDWARD C. CASEY, JR., ESQ.   CSB: 123702
   Law Offices of Edward C. Casey, Jr.
2  300 Frank H. Ogawa Plaza, Suite 370
   Oakland, California 94111
3  Telephone: 510.251.2300
4
   Attorneys for Plaintiff
5  JESSICA OROZCO

6               IN THE UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  JESSICA OROZCO,                   )   Case No.12cv-01900 JCS
10                                   )
              Plaintiff,             )   STIPULATION FOR JOINT
11                                   )   SETTLEMENT CONFERENCE;
       v.                            )   ORDER THEREON
12                                   )
13 CITY AND COUNTY OF SAN            )
   FRANCISCO et al,                  )
14                                   )
              Defendants.            )
15 _____)
                                     )   Case No. 12cv-02443 SBA
16                                   )
   JOSE GARCIA                       )
17                                   )
              Plaintiff,             )
18                                   )
                                     )
19     v.                            )
                                     )
20 CITY AND COUNTY OF SAN            )
   FRANCISCO et al                   )
21                                   )   Date: April 22, 2013
              Defendants.            )   Time: 11:00 a.m.
22 _____)   Courtroom: 4 (Oakland)
23 //
24 //
25 //
26
                                1
27
   _____
        Stipulation for Joint Settlement Conference; Order Thereon

WHEREAS:

1. Plaintiff Jessica Orozco filed the above civil rights action which alleges that she suffered gunshot wounds on September 17, 2011 as an innocent bystander to a police action being undertaken by officers from the San Francisco Police Department;

2. Plaintiff Jose Garcia filed the above civil rights action in which he alleges he suffered gunshot wounds as an innocent bystander during the same police action;

3. Both actions have been referred to Magistrate Judge Donna M. Ryu for settlement conference;

4. Both actions involve the same facts and applicable law and differ only in the nature and extent of their respective claims for damages;

5. Plaintiff Garcia's case is scheduled for settlement conference before Magistrate Judge Ryu on April 22, 2013 at 11:00 a.m.; and

6. The parties to both actions wish to conduct a joint settlement conference with Magistrate Judge Ryu.

THEREFORE, IT IS HEREBY STIPULATED by the parties that the settlement conferences for both actions be conducted jointly on April 22, 2013 at 11:00 a.m. before Magistrate Judge Ryu.

LAW OFFICES OF EDWARD C. CASEY JR.

Dated: April 17, 2013

By: Edward C. Casey Jr.
Attorney for Plaintiff Jessica Orozco

WALKUP, MELODIA, KELLY & SHOENBERGER

Dated: April 17, 2013           _____/S/_____
                                By: Andrew McDevitt, Esq.
                                Attorneys for Plaintiff Jose Garcia


OFFICE OF THE CITY ATTORNEY


Dated: April 17, 2013           _____/S/_____
                                By: Sean Connolly, Esq.
                                Deputy City Attorney
                                Attorney for Defendants

## ORDER ON STIPULATION

The Stipulation of the parties having been read and considered and good cause appearing, it is hereby ordered that the settlement conferences for both of these actions be held jointly on April 22, 2013 at 11:00 a.m. at 1300 Clay Street, Courtroom 4, Oakland, California. Settlement conferences briefs and exhibits are to be lodged with Magistrate Judge Ryu no later than Thursday, April 18, 2013 at ~~12:00~~ 5:00 p.m.

Dated: 4/18/2013                _____
                                Honorable Donna M. Ryu
                                Magistrate Judge of the United States
                                District Court

3

Stipulation for Joint Settlement Conference; Order Thereon