# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL CONFERENCE MINUTE ORDER

**CASE NO.  C 12-02443-SBA (DMR)**

**CASE NAME:  JOSE GARCIA v. CITY AND COUNTY OF SAN FRANCISCO, ET AL**

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY:** Ivy Garcia |
| **DATE**: 11/1/2013   **TIME:** 45 mins. | **FTR**: Not Recorded |

| | |
|---|---|
| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANTS:** |
| Andrew McDevitt | Sean Connolly |

## PROCEEDINGS

[ ]   CASE MANAGEMENT CONFERENCE

[X]   FURTHER TELEPHONIC SETTLEMENT CONFERENCE HELD

[ ]   DISCOVERY CONFERENCE

[ ]   MOTION HEARING

[ ]   OTHER:

CASE CONTINUED TO:                                     FOR

NOTES:  Further telephonic settlement discussions held 10/30/2013, 10/31/2013 and 11/1/2013.  The 11/4/2013 settlement conference is VACATED.  Settlement conference to be rescheduled by Judge Ryu to take place in approximately 4-6 weeks.

cc:   Chambers, Nikki Riley (CRD of Judge S.B. Armstrong)