UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, RYAN JONES, and DOES ONE through FIFTY,<br><br>　　　　Defendants. | Case No:  C 12-02443 SBA<br><br>**ORDER** |

Pursuant to the parties' stipulation to stay the instant action during the pendency of the criminal matter entitled *The People of the State of California v. Jesus Paredes Rodriguez* SCN 217530, IT IS HEREBY ORDERED THAT:

　　1.　This action is STAYED.

　　2.　The Clerk shall ADMINISTRATIVELY CLOSE the file.

　　3.　The parties are instructed to submit a status report to the Court every six (6) months, apprising the Court of the status of the state court proceedings.

　　4.　Upon final resolution of the state court proceedings, the parties shall jointly submit to the Court, within two (2) weeks, a letter requesting that this action be reopened and a case management conference be scheduled.

　　5.　This Order terminates Docket 42 and Docket 49.

　　IT IS SO ORDERED.

Dated: 11/13/2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge