**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE GARCIA,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL,

    Defendant.
_____/

No. C-12-02443-SBA (DMR)

**ORDER VACATING FURTHER SETTLEMENT CONFERENCE**

In light of the Order staying this action entered by District Judge Saundra Brown Armstrong on November 13, 2013, the Further Settlement Conference previously set on December 2, 2013 at 11:00 a.m. before Magistrate Judge Donna M. Ryu is hereby VACATED.

IT IS SO ORDERED.

Dated: 11/14/13

_____
DONNA M. RYU
United States Magistrate Judge