IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA, | No. C-12-02443-SBA (DMR) |
| Plaintiff, | **ORDER VACATING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL, | |
| Defendant. | |

In light of the Order staying this action entered by District Judge Saundra Brown Armstrong on November 13, 2013, the Further Settlement Conference previously set on December 2, 2013 at 11:00 a.m. before Magistrate Judge Donna M. Ryu is hereby VACATED.

IT IS SO ORDERED.

Dated: 11/14/13

_____
DONNA M. RYU
United States Magistrate Judge