UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE GARCIA, | Case No:  C 12-2443 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On or about November 13, 2013, the Court, upon stipulation of the parties, stayed and administratively closed the action until related criminal proceedings were resolved. The parties were ordered to notify the Court when the criminal matter resolved, or submit a status conference statement every six months.  The parties have notified the Court that on February 25, 2015, they reached a global settlement of this case and that finalization of the settlement is expected shortly.  The parties request until August 15, 2015, to file a stipulation for dismissal or an updated status conference statement.  Good cause appearing, the parties' joint request is GRANTED.

IT IS SO ORDERED.

Dated:  5/14/15

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge